# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 6D2024-0017
Lower Tribunal No. 2017-CF-005457-B-O

———————————————

GAVIN MICHAEL RILEY, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Orange County.
Luis F. Calderon, Judge.

March 31, 2026

PER CURIAM.

AFFIRMED.

MIZE, KAMOUTSAS and PRATT, JJ., concur.

Gavin Michael Riley, Jr., Raiford, pro se.

James Uthmeier, Attorney General, Tallahassee, and Daniel P. Caldwell, Assistant Attorney General, Daytona Beach, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED